# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2018

*The Court of Appeals hereby passes the following order:*

## A18A2056. BRIAN HARMON v. LANIER INDUSTRIAL FORK TRUCKS, INC.

Based upon the representation of counsel for the Appellee and confirmation from the Clerk of the Superior Court of Fulton County that the underlying action has been dismissed, the Appellant's **MOTION TO DISMISS** is **GRANTED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/18/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*